In the Matter of the Accounting of J. MONROE PALMER, as Executor of ELIZABETH FARRINGTON, Deceased, as Executrix and Trustee under the Will of JOHN E. CHASE, Deceased.

ELMER J. FARRINGTON et al., as Administrators of OBADIAH CHASE, Deceased, Appellants; J. MONROE PALMER, as Executor of ELIZABETH FARRINGTON, Deceased, et al., Respondents.

*Matter of Palmer*, 85 App. Div. 117, affirmed.
(Argued May 29, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 16, 1903, which affirmed a decree of the Schuyler County Surrogate's Court dismissing a proceeding to compel J. Monroe Palmer, as executor of Elizabeth Farrington,

deceased, to render a final account of the proceedings of Elizabeth Farrington, as executrix and trustee under the will of John E. Chase, deceased.

*William Hazlitt Smith* for appellants.

*Frederick Collin* for respondents.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.